IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01091-EWN-KMT

CONTOUR PAK, INC., a Colorado corporation,

     Plaintiff,

v.

WIMAN CORPORATION, a Minnesota corporation,
M-C INDUSTRIES, INC., d/b/a Polo Custom Products, a Kansas corporation,
EXPEDICE, INC., a Nebraska corporation,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Stipulated Motion to Amend Complaint" (#22, filed July 1, 2008) is GRANTED.
The Clerk of Court is directed to file the Second Amended Complaint.

Dated: August 5, 2008