IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01091-EWN-KMT

CONTOUR PAK, INC., a Colorado corporation,

    Plaintiff,

v.

WPC, INC. formerly known as WIMAN CORPORATION, a Minnesota corporation,
M-C INDUSTRIES, INC., d/b/a Polo Custom Products, a Kansas corporation,
EXPEDICE, INC., a Nebraska corporation,

    Defendants.

**ORDER**

    This matter is before me on the "Joint Motion for Entry of Stipulated Protective Order" (Doc. No. 39, filed September 5, 2008). The Motion is DENIED and the proposed Stipulated Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here. *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7).

*Gillard*, 196 F.R.D. at 386. The proposed Protective Order does not comply with the requirements established in *Gillard*.

Therefore, it is ORDERED that the Joint Motion for Entry of Stipulated Protective Order is DENIED the proposed Stipulated Protective Order is REFUSED without prejudice.

Dated this 9th day of September, 2008

                                            **BY THE COURT:**

                                            Kathleen M. Tafoya
                                            United States Magistrate Judge