IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01091-EWN-KMT

CONTOUR PAK, INC., a Colorado corporation,

    Plaintiff,

v.

WPC, INC. formerly known as WIMAN CORPORATION, a Minnesota corporation,
M-C INDUSTRIES, INC., d/b/a Polo Custom Products, a Kansas corporation,
EXPEDICE, INC., a Nebraska corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Motion to Amend Scheduling Order and Extend Time for Expert Disclosures" (#57, filed October 22, 2008) is GRANTED. The Scheduling Order is amended as follows:

    All experts shall be designated and provided to opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 24, 2008.

    All rebuttal experts shall be designated and provided to opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 24, 2008.

Dated: October 27, 2008