IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01091-EWN-KMT

CONTOUR PAK, INC., a Colorado corporation,

    Plaintiff,

v.

WPC, INC. formerly known as WIMAN CORPORATION, a Minnesota corporation,
M-C INDUSTRIES, INC., d/b/a Polo Custom Products, a Kansas corporation,
EXPEDICE, INC., a Nebraska corporation,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Joint Motion for Entry of Stipulated Protective Order" (#60, filed October 27, 2008) is GRANTED. The Protective Order will be entered.

Dated: October 29, 2008