IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01091-PAB-KMT

CONTOUR PAK, INC., a Colorado corporation,

    Plaintiff,

v.

WPC, INC. formerly known as WIMAN CORPORATION, a Minnesota corporation,
M-C INDUSTRIES, INC., d/b/a Polo Custom Products, a Kansas corporation,
EXPEDICE, INC., a Nebraska corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Joint Motion to Amend the Scheduling Order" (#68, filed November 10, 2008) is GRANTED. The Scheduling Order is amended as follows:

    Designate experts:           January 16, 2009
    Designate rebuttal experts:   February 24, 2009
    Discovery cut-off:           March 24, 2009
    Dispositive motion deadline: April 24, 2009

The Final Pretrial Conference set for March 24, 2009 is VACATED and RESET for **May 26, 2009 at 10:00 a.m.**

Dated: November 14, 2008