IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01091-PAB-KMT

CONTOUR PAK, INC.,

    Plaintiff,

v.

M-C INDUSTRIES, INC.,
EXPEDICE, INC., and
WPC, INC.,

    Defendants.

_____

**ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANT WPC, INC., FORMERLY KNOWN AS WIMAN CORPORATION**
_____

THIS MATTER comes before the Court upon the parties' Motion to Dismiss Claims against Defendant WPC, Inc., formerly known as Wiman Corporation. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' Motion to Dismiss Claims against Defendant WPC, Inc., formerly known as Wiman Corporation (Docket No. 64) is granted. It is further

**ORDERED** that all claims asserted against Defendant WPC, Inc., formerly known as Wiman Corporation, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 13, 2008.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge