IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-01091-PAB-KMT | FTR |
| **Date:** March 23, 2009 | Debra Brown, Deputy Clerk |
| CONTOUR PAK, INC., | William D. Meyer |
| Plaintiff(s), | |
| v. | |
| WIMAN CORPORATION | |
| M-C INDUSTRIES, INC. | |
| EXPEDICE, INC. | Lisa Marie Meyer (Telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:59 a.m.**

Court calls case. Appearance by counsel.

Plaintiff's "MOTION for Protective Order", [Document #76, filed February 24, 2009] at issue.
Statements by Mr. William Meyer.
Statements by Ms. Lisa Meyer.

**ORDERED:** Plaintiff's "MOTION for Protective Order", [Document #76, filed February 24, 2009] is **GRANTED**. The deposition of Ms. Alice Myan will be taken in California at a location convenient to the parties. Each party to bear its own costs and fees.

**Court in recess: 10:08 a.m.**
Total In-Court Time 0:09; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.