IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01091-PAB-KMT

CONTOUR PAK, INC.,
a Colorado corporation,

    Plaintiff,

v.

EXPEDICE, INC.,
a Nebraska corporation,

    Defendant.

_____

**ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST
DEFENDANT M-C INDUSTRIES, INC., d/b/a POLO CUSTOM PRODUCTS**
_____

    THIS MATTER comes before the Court upon the Motion to Dismiss Claims against Defendant M-C Industries, Inc., d/b/a Polo Custom Products [Docket No. 78]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion to Dismiss [Docket No. 78] is granted. It is further

    ORDERED that all claims asserted against Defendant M-C Industries, Inc., d/b/a Polo Custom Products are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    ORDERED that the caption of this case shall be amended as reflected in the caption in this Order.

    DATED April 19, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge