IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01091-PAB-KMT

CONTOUR PAK, INC., a Colorado corporation,

     Plaintiff,

v.

EXPEDICE, INC., a Nebraska corporation,

     Defendant.

_____

## ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a five-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th

Street, Denver, Colorado, to commence on **September 14, 2009 at 8:00 a.m.**

A Trial Preparation Conference is set for **August 28, 2009 at 1:30 p.m.**  Lead

counsel who will try the case shall attend in person unless a written motion for

alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.


DATED May 26, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge