IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01091-PAB-KMT

CONTOUR PAK, INC., a Colorado corporation,

   Plaintiff,

v.

EXPEDICE, INC., a Nebraska corporation,

   Defendant.

_____

### ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a five-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **June 28, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **June 11, 2010 at 3:30 p.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

   1)   jury selection;

   2)   sequestration of witnesses;

   3)   timing of presentation of witnesses and evidence;

   4)   anticipated evidentiary issues;

   5)   any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED February 19, 2010.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge