IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01091-PAB-KMT

CONTOUR PAK, INC., a Colorado corporation,

     Plaintiff,

v.

EXPEDICE, INC., a Nebraska corporation,

     Defendant.

_____

# ORDER

_____

     This matter is before the Court on plaintiff's Motion to Strike Dr. Mary Finn and

William Kenedy as Expert Witnesses [Docket No. 101].  It is

     **ORDERED** that a three-hour hearing on all issues contained in the motion

[Docket No. 101] is set for **April 28, 2010 at 8:30 a.m.** in Courtroom A701 before Judge

Philip A. Brimmer.  It is further

     **ORDERED** that the hearing shall proceed as follows:

1.    No later than three business days prior to the hearing, the proponent of
the expert witness shall file a statement of the expert witness that sets
forth the expert witness's relevant qualifications, methodology, etc.  This
statement shall substitute for the proponent's direct examination of the
expert witness and should therefore include all information the proponent
would otherwise seek to establish on direct examination.  Particular
attention should be paid to the challenges raised by the opposing party;
for example, if the opposing party challenges an expert witness's
methodology for a particular opinion pursuant to Fed. R. Evid. 702, the
statement should focus on the reliability of that methodology.  Such
statement shall not exceed ten pages without permission of the Court.
The expert witness must be present at such hearing.

2.      The hearing will begin, if necessary, with brief opening arguments by the parties, followed immediately by the challenging party's cross-examination of the expert witness.  Following cross-examination, the proponent will be permitted to ask questions of the expert witness on redirect examination.  After examination of the expert is complete, the proponent may call additional witnesses, if necessary.  The opponent may also call additional witnesses, if necessary.

DATED February 19, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge