IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01091-PAB-KMT

CONTOUR PAK, INC., a Colorado corporation,

    Plaintiff,

v.

EXPEDICE, INC., a Nebraska corporation,

    Defendant.
_____

**ORDER**
_____

    On March 15, 2010, defendant Expedice, Inc. filed a Suggestion of Bankruptcy [Docket No. 167], informing the Court that on March 12, 2010 it filed a petition under Chapter 7 of the United States Bankruptcy Code in the District of Nebraska [Case No. BK 10-80712]. As a result, plaintiff's claims against defendant are automatically stayed by operation of 11 U.S.C. § 362(a).

    Defendant Expedice, Inc. filed a previous Suggestion of Bankruptcy on August 17, 2009 [Docket No. 132]. In response, the Court administratively closed the case and denied all pending motions without prejudice and with leave to re-file the motions after the stay was lifted. Being presented with a similar situation now, it is

    **ORDERED** that, pursuant to the Court's authority under D.C.COLO.LCivR 41.2, this case shall be administratively closed. The case may be reopened by any party upon a showing of good cause. It is further

**ORDERED** that the parties shall file, either jointly or separately, a status report within 30 days of any action that serves to lift the automatic stay in force as a result of the Bankruptcy proceeding in the District of Nebraska [Case No. BK 10-80712]. The status report shall indicate what the action was, the purported impact, and how the party or parties intend to proceed in this case. It is further

**ORDERED** that all pending motions in this case, including defendant's Motion for Summary Judgment on Plaintiff's Third, Sixth and Ninth Claims for Relief [Docket No. 154], plaintiff's Renewed Motion for an Adverse Instruction Based Upon Spoliation of Evidence [Docket No. 156], plaintiff's Renewed Motion to Strike Dr. Mary Finn and William Kenedy as Expert Witnesses [Docket No. 157], and plaintiff's Renewed Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion for Summary Judgment [Docket No. 164] are DENIED without prejudice. If and when the case is reopened, the parties will have leave to re-file their motions, incorporating any intervening developments. It is further

**ORDERED** that all settings and deadlines in this case, including the motion hearing set for April 28, 2010 at 8:30 a.m., the trial preparation conference set for June 11, 2010 at 3:30 p.m., and the jury trial set for June 28, 2010 at 8:00 a.m. are VACATED.

DATED April 16, 2010.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge